Case 1:97-cv-00279   Document 21   Filed in TXSD on 06/19/1998   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 19 1998

Michael N. Milby, Clerk of Court

WINSTON MOATES & JUANITA MOATES                *
                                               *
VS.                                            *   C.A. NO.  B-97-279
                                               *
DAYTON HUDSON CORPORATION, ET AL               *
                                               *

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   All discovery in this case must be completed by ___November 20, 1998___ .  If additional time is required, a motion requesting such extension must be filed no later than ___October 20, 1998___.  Failure to file such motion shall preclude further discovery.

(2)   All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)   A joint pretrial order, in full compliance with the local rules, setting forth the following matters  be filed no later than ___January 20, 1999___:

        (a)   the nature of the case;
        (b)   contentions of the parties;
        (c)   stipulations;
        (d)   specific issues of fact, as they are submitted to the jury;
        (e)   issues of law, if any;
        (f)   list of all pending motions;
        (g)   approximate duration of trial; and
        (h)   in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING.  FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)   (a)  Plaintiff/s shall designate expert witnesses, if applicable, by _____.
        (b)  Defendant/s shall designate expert witnesses, if applicable, by _____.

(5)   A final pretrial and settlement conference be set for **January 29, 1999 @ 2:00 P.M.** .

(6)   Trial on the merits be set for ___**February 1999**___, docket call.

DONE at Brownsville, Texas, on ___June 19, 1998___.

Fidencio G. Garza, Jr.
United States Magistrate Judge