United States District Court
Southern District of Texas
ENTERED

JUN 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 19 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WINSTON MOATES | * | |
| | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-97-279 |
| | • | JURY |
| DAYTON HUDSON CORPORATION | * | |
| D/B/A TARGET STORES AND | * | |
| MARGARET NICOLITZ | | |

### ORDER
### ON PLAINTIFF'S AMENDED MOTION TO REMAND

On this day come on to be heard Plaintiff's Amended Motion to Remand and the court is of the opinion that said motion should be DENIED.

Signed on this _19th_ day of _June_____, 1998.

_____
JUDGE PRESIDING