23

United States District Court
Southern District of Texas
ENTERED

JUN 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk M. Huyman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 19 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| WINSTON MOATES | * |
| | * |
| | * |
| VS. | * CIVIL ACTION NO. B-97-279 |
| | • JURY |
| DAYTON HUDSON CORPORATION | * |
| D/B/A TARGET STORES AND | * |
| MARGARET NICOLITZ | |

### ORDER
### ON PLAINTIFF'S ~~AMENDED~~ MOTION
### FOR LEAVE TO AMEND THE PETITION

On this day come on to be heard Plaintiff's ~~Amended~~ Motion For Leave to Amend the Petition and the court is of the opinion that said motion should be DENIED.

Signed on this ___19th___ day of ___June___, 1998.

_____
JUDGE PRESIDING