26

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG   4 1998

Michael N. Milby, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **WINSTON MOATES** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-97-279** |
| | § | **JURY** |
| **DAYTON HUDSON CORPORATION** | § | |
| **D/B/A TARGET STORES AND** | § | |
| **MARGARET NICOLITZ** | § | |

## ORDER GRANTING DEFENDANTS DAYTON HUDSON CORPORATION D/B/A TARGET STORES AND MARGARET NICOLITZ'S SECOND MOTION TO COMPEL

On the ___4th___ day of ___August___, 1998, this cause came

on for hearing on the Second Motion to Compel of Defendants, **DAYTON HUDSON**

**CORPORATION D/B/A TARGET STORES AND MARGARET NICOLITZ**

because of the failure of the Plaintiff to adequately respond to written discovery, previously

served upon the Plaintiff and his attorney of record.

After reading the pleadings and hearing the arguments of counsel thereon, the Court

is of the opinion that the law is with the Defendants **DAYTON HUDSON**

**CORPORATION D/B/A TARGET STORES AND MARGARET NICOLITZ** on

the Motion to Compel, and that such Motion should be granted or denied with regard to

the discovery requests as follows:

INTERROGATORY NO. 3:                    GRANTED / ~~DENIED~~

INTERROGATORY NO. 7:                    GRANTED / ~~DENIED~~

INTERROGATORY NO. 11:                   GRANTED / ~~DENIED~~

REQUEST FOR ADMISSION NO. 12:           GRANTED / ~~DENIED~~

INTERROGATORY NO. 18:                   GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 4:           GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 5:           GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 7:           GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 8:           GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 9:           GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 16:          GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 20:          GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 21:          GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 22:          GRANTED / ~~DENIED~~

REQUEST FOR PRODUCTION NO. 23:          GRANTED / ~~DENIED~~

It is therefore, ORDERED that Plaintiff shall file more complete answers to the written discovery set forth above within __30__ days after the signing of this Order; otherwise all of the Plaintiff's pleadings shall be stricken, and Judgment shall be rendered in favor of the Defendants, **DAYTON HUDSON CORPORATION D/B/A TARGET STORES AND MARGARET NICOLITZ.**

It is further ORDERED that Defendants, **DAYTON HUDSON CORPORATION**

**D/B/A TARGET STORES AND MARGARET NICOLITZ's** attorneys be

compensated for the prosecution of this motion and they are hereby awarded the sum of

$ _____ attorney's fees against the Plaintiff herein for his failure to reply to said

discovery requests as specified under the Federal Rules of Civil Procedure.

SIGNED this _____ day of _____, 1998.

_____
JUDGE PRESIDING