#28

United States District Court
Southern District of Texas
ENTERED

AUG 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 2 8 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WINSTON MOATES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-279 |
| | § | JURY |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES AND | § | |
| MARGARET NICOLITZ | § | |

## ORDER ON DEFENDANT'S MOTION
## FOR LEAVE TO FILE SECOND SET OF WRITTEN DISCOVERY

BE IT REMEMBERED THAT, on this day came on to be heard the Defendant's Motion For Leave to File Second Set of Written Discovery and this Court, finding merit in said motion, is of the opinion that said Motion should be, in all things:

GRANTED / ~~DENIED~~

SIGNED this 27th day of _____August_____, 1998.

_____
JUDGE PRESIDING

D:\WPDOCS\RBT9888.014\PLEAD\M4LEAVE.INT