lmv

40

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 09 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

WINSTON MOATES                            *

VS                                        *   C.A. NO. B97-279

DAYTON HUDSON CORPORATION, ET AL*

## ORDER SETTING HEARING

A hearing on discovery issues in above-captioned and numbered cause of action is hereby set for **December 20, 1998, at 2:00 p.m.**

DONE at Brownsville, Texas, this 6th day of November, 1998.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX 78520

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 09 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSCAR GARZA SANCHEZ AND **\*** | |
| IRMA PEREZ SANCHEZ, **\*** | |
|  **\*** | |
| vs. **\*** | CIVIL ACTION NO. B-96-145 |
|  **\*** | |
| UNITED STATES OF AMERICA AND **\*** | |
| THOMAS G. SHULER **\*** | |

## ORDER OF DISMISSAL

On this day came on to be heard the joint motion of the United States of America and Thomas G. Shuler (in his Official and Individual capacities), Defendants herein, and Oscar Garza Sanchez and Irma Perez Sanchez, Plaintiffs herein, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the Plaintiff to refile same or any party thereof. All costs of court are taxed against the party who incurred same.

SIGNED this 6TH day of NOV, 1998, in Brownsville, Texas.

JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE