lmv

45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 13 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

WINSTON MOATES          *

    VS              *   C.A. NO. B97 279

DAYTON HUDSON CORPORATION, ET AL*

## CORRECTED ORDER SETTING HEARING

A hearing on discovery issues in above-captioned and numbered cause of action is hereby set for **December 10, 1998, at 2:00 p.m.**

DONE at Brownsville, Texas, this 12th day of November, 1998.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520

5

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| U.S INTER-MEX TRANSPORTATION, INC., LYNN WARREN BRYANT and RAMIRO ESCOBAR, Individually, Plaintiff | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-66 JURY |
| LYNN NORDQUIST, Defendant | § § § | |

## ORDER

Pending before this Court is Defendant Lynn Nordquist's First Supplemental Motion to Dismiss for Improper Venue. Having considered Defendant's arguments and authorities, the Court **ORDERS** that said Motion be **GRANTED**.

DONE at Brownsville, Texas, on the __12__ of __November__ 1998.

_____
Hilda G. Tagle
United States District Judge