52

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WINSTON MOATES | * | |
| | * | |
| VS | * | CIVIL ACTION |
| | * | NO. B-97-279 |
| DAYTON HUDSON CORPORATION, | * | |
| d/b/a: TARGET STORES, ET AL | * | |

United States District Court
Southern District of Texas
ENTERED

DEC 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

O R D E R

On December 10, 1998, a Hearing on Discovery Issues was held and the following pending pretrial motions were considered. This Court has read the parties' pleadings, listened to their counsel's arguments and considered the issues raised in light of the record and the applicable law, and is of the opinion that:

1. Defendant's Third Motion to Compel (Pleading #29) is now MOOT.

2. Defendant's Motion to Compel Independent Physical Examination of Plaintiff (Pleading #30-1) should be GRANTED,

3. Defendant's Motion to Compel Plaintiff's Execution of Release for Social Security Administration Information, (Pleading #34-1) should be GRANTED.

4. Defendant's Motion to Compel Texas Workers' Compensation Commission to Release file, (Pleading 35-1), should be DENIED.

5. Defendant's Motion to Extend Discovery Deadlines, (Pleading #36-1), should be GRANTED and discovery be extended to January 25, 1999.

6. Defendant's Motion to Compel Depositions and for Sanctions, (Pleading #38-1), is now MOOT.

7. Plaintiff's Motion to Compel Compliance with Subpoenas, (Pleading #39-1), is now MOOT.

8. Depositions should be held on December 17 and 18, at Defendant's counsel's office in Brownsville. Plaintiff should be deposed first, followed by Defendant's Corporate representative.

10. Defendant's Motion to Compel, (Pleading #43-1), is now MOOT.

11. Defendant's Motion for Rule 11 Sanctions, (Pleading #44) has been WITHDRAWN.

12. Defendant's Motion for Sanctions (Pleading #42-1), is now MOOT.

It is so Ordered.

Done at Brownsville, Texas, this __14th__ day of December, 1998.

_____
John Wm. Black
United States Magistrate Judge

51

| COURTROOM MINUTES | | PRESIDING | United States District Court |
|---|---|---|---|
| MAGISTRATE | JOHN WM. BLACK | | Southern District of Texas FILED |
| COURTROOM CLERK | GUADALUPE VEGA | | DEC 10 1998 |
| COURT REPORTER/TAPE NO.: | GABRIEL MENDIETA, | | |
| LAW CLERK | PAUL HAJJAR | | Michael N. Milby, Clerk of Court |
| INTERPRETER | | | |
| U. S. MARSHAL | BILL SHERRILL | DATE: | DECEMBER 10, 1998 |

CIVIL ACTION NO. B-97-279 (FBV)

WINSTON MOATES                                      LARRY W. LARENCE, JR.

VS.

DAYTON HUDSON CORPORATION, d/b/a:

TARGET STORES, and MARGARET NICOLITZ              R. E. LOPEZ, JR., and R. BRUCE THARPE

WORKMENS' COMPENSATION                             KRISTIN CLARK, ATTORNEY GENERAL' OFFICE

DOCKET ENTRY: PROCEEDING     HEARING ON DISCOVERY ISSUES

HEARING HELD WITH THE ABOVE NAMED-COUNSEL. KRISTIN CLARK MADE ORAL MOTION TO APPEAR PRO HAC VICE. MOTION GRANTED. ARGUMENTS PRESENTED. RULINGS MADE ON ALL PENDING MOTIONS, EXCEPT THE MOTION TO COMPEL RELEASE OF WORKER'S COMPENSATION RECORD. ORDER WILL ISSUE. **FINAL PRETRIAL ON FEBRUARY 4, 1999 @ 8:30 A.M. AND JURY SELECTION ON FEBRUARY 5, 1999 @ 8:30 A.M. BEFORE JUDGE VELA**