lmv

55

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 06 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WINSTON MOATES | * |
| | * |
| VS | * C.A. NO. B97 279 |
| | * |
| DAYTON HUDSON CORPORATION, ET AL | * |

## O R D E R

On this the 5th day of January 1999, the following motions came on to be considered:

No. 39-2: Plaintiff's Motion for Sanctions, and

No. 47-1: TEXAS WORKERS' COMPENSATION's Motion for Protective Order

The Court, after considering said Motions, is of the opinion that the Motions should be denied.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Motion for Sanctions and Motion for Protective Order are hereby **DENIED**.

Done at Brownsville, Texas, this 5th day of January, 1999.

_____
John Wm. Black
United States Magistrate Judge