#57

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 19 1999

Michael N. Milby, Clerk of Court

WINSTON MOATES                    *

VS                                *   C.A. NO. B97 279

DAYTON HUDSON CORPORATION, ET AL  *

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

---

## ORDER SETTING CONFERENCE

---

A status conference in above-captioned and numbered cause of

action is hereby set for Friday, March 19, 1999, at 1:30 p.m.

(Said conference will be cancelled if a final judgment is submitted

before said date.)

DONE at Brownsville, Texas, this 19th day of February, 1999.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570

