#58

United States District Court
Southern District of Texas
ENTERED

MAR 10 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WINSTON MOATES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-279 |
| | § | JURY |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES AND | § | |
| MARGARET NICOLITZ | § | |

# AGREED FINAL JUDGMENT

BE IT REMEMBERED that on this **24th** day of February, 1999, came on to be presented the above-styled and numbered cause, wherein **WINSTON MOATES** is the Plaintiff and **DAYTON HUDSON CORPORATION D/B/A TARGET STORES AND MARGARET NICOLITZ** is the Defendant, and came the Plaintiff and the Defendant, by and through their respective attorneys of record, and announced that settlement in this cause had been reached, and that the consideration for the settlement had been paid in full, and that the aforementioned parties having agreed that this Judgment should be entered in favor of Defendant **DAYTON HUDSON CORPORATION D/B/A TARGET STORES AND MARGARET NICOLITZ** and against the Plaintiff **WINSTON MOATES**;

It is accordingly,

ORDERED, ADJUDGED and DECREED that the Plaintiff **WINSTON MOATES** take nothing by reason of this suit, and that the Defendant, **DAYTON HUDSON CORPORATION D/B/A TARGET STORES AND MARGARET NICOLITZ** be discharged, and that such Defendant

stand fully released, discharged, and acquitted.

Costs of Court are taxed against the ~~Defendant~~ party incurring same.

SIGNED this the \_\_9th\_\_ day of ~~February,~~ March, 1999.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

_____
R.E. LOPEZ, JR.
FED No. 652
**PHILLIPS & AKERS, P.C.**
5810 San Bernardo Ave., Ste. 101
Laredo, Texas  78041
(956) 718-2134
(956) 718-2045 — FAX
**ATTORNEY FOR DEFENDANT**

_____
LARRY LAWRENCE
FED. NO. 21827
LAWRENCE LAW FIRM
3401 West Alberta Road
Edinburg, Texas 78539
(956) 994-0057
(956) 994-0741 — fax
**ATTORNEY FOR PLAINTIFF**

D:\WPDOCS\RBT\9888.014\PLEAD\JUDGMENT.WPD